■ In the Matter of BRUCE PIERCE et al., Respondents, v PAUL BESAW et al., Appellants. [879 NYS2d 769]—Appeal from an order of the Oswego County Court (John J. Elliott, A.J.), dated April 7, 2008 in a proceeding pursuant to RPAPL article 7. The order affirmed a judgment of the Town Court of the Town of Hannibal (Eugene Hafner, J.), entered July 18, 2006 in favor of petitioners.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.